**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YI FANG CHEN, individually and on behalf of her minor children M.P., Ma.P., and P.P.,<br><br>Plaintiff,<br><br>v.<br><br>ZOHRAN MAMDANI, in his official capacity as Mayor of the City of New York; KAMAR H. SAMUELS, in his official capacity as Chancellor of the New York City Department of Education; and the NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendants. | Case No. 1:26-cv-03355 |

**DECLARATION OF GLENN ROPER IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Glenn E. Roper, declare as follows under 28 U.S.C. § 1746:

1. I am lead counsel for the Plaintiff in this action.

2. I am over the age of eighteen and have personal knowledge of the facts set forth in this declaration. If called to testify, I could and would testify competently to these facts.

3. The attached documents are true and correct copies of nonconfidential documents that were filed, or produced in discovery by, the Defendants in the case originally captioned *Christa McAuliffe Intermediate School PTO v. de Blasio*, No. 1:18-cv-11657 (S.D.N.Y.):

| **Exhibit** | **Bates Label** | **Description** |
| --- | --- | --- |
| **1** | N/A | Defendants' Answer in *Christa McAuliffe Intermediate School PTO, Inc., et al. v. de Blasio, et al.*, No. 1:18-cv-11657, Dkt. No. 42 (S.D.N.Y. Jan. 10, 2019).[1] |
| **2** | ChMc_E_066808–11 | May 30, 2018, email from Nadiya Chadha saying "we currently want to use the Discovery program as a lever to admit more Black and Hispanic students." |
| **3** | ChMC_E_114804–16 | April 17, 2018, slide deck saying that portfolios, recommendation letters, interviews, and writing assignments are "unlikely to increase diversity of Specialized High Schools," and suggesting adding an ENI cutoff to increase the number of black and Hispanic students eligible for the Discovery program. |
| **4** | ChMC_E_065909–23 | April 2018, emails between Josh Wallack and Nadiya Chadha discussing the racial outcomes of various ENI cutoffs under an expanded twenty percent Discovery program, saying that including ENI makes it "easier to target Black students directly" for Discovery, and asking how much bigger the Discovery program would have to be "to increase the percentage of black students by 1%[.]" |
| **5** | ChMc_E_075252–55 | August 13, 2018, emails between Will Mantell and Nadiya Chadha responding to a request from City Hall for a "Discovery racial breakdown," including table showing that expanding discovery to twenty percent of seats with a sixty percent ENI minimum was expected to reduce Discovery offers to Asian students from sixty-four percent to thirty-eight percent, while increasing offers to black and Hispanic students. |
| **6** | ChMc_E_015823 | June 2018, document discussing the expansion of the Discovery program and predicting that offers to black and Hispanic students "would nearly double, going from ~9 percent currently to ~16%." |
| **7** | ChMc_E_115049 | May 15, 2018, document summarizing a "two-pronged" recommendation for the Specialized High Schools and acknowledging prospective "Resistance from those who would have received those seats in absence of change." |
| **8** | ChMc_E_117121 | Spreadsheet listing cut score for Discovery program for the Specialized High Schools for 2016–2025. |

[1] For ease of reference, the *Christa McAuliffe* Complaint, with corresponding allegations, is available here: https://pacificlegal.org/wp-content/uploads/2018/12/2018.12.13-001-PLF-Complaint.pdf

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 27, 2026.

Glenn E. Roper