UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YI FANG CHEN, *individually and on behalf of her minor children M.P., Ma.P, and P.P*,

Plaintiff,

-against-

ZOHRAN MAMDANI, *in his official capacity as Mayor of the City of New York*, KAMAR H. SAMUELS, *in his official capacity as Chancellor of the New York City Department of Education, and* NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendants.

**ORDER**
26-cv-3355

---

EDGARDO RAMOS, United States District Judge:

The Court conducted a show cause hearing concerning Plaintiff's motion for a preliminary injunction on July 21, 2026. For the reasons stated on the record, Plaintiff's motion is denied. In addition, Ma.P and P.P. are dismissed for a lack of standing. The Clerk of Court is respectfully directed to terminate the motion, Doc. 14, and terminate Ma.P. and P.P. as parties.

SO ORDERED.

Dated:    July 21, 2026
          New York, New York

_____
          EDGARDO RAMOS
     United States District Judge