**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YI FANG CHEN, individually and on behalf of her minor children M.P., Ma.P., and P.P.,<br><br>      Plaintiff,<br><br>     v.<br><br>ZOHRAN MAMDANI, in his official capacity as Mayor of the City of New York; KAMAR H. SAMUELS, in his official capacity as Chancellor of the New York City Department of Education; and the NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>      Defendants,<br><br>   and<br><br>TEENS TAKE CHARGE, et al.,<br><br>      Defendant-Intervenors. | Case No. 1:26-cv-03355-ER |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Yi Fang Chen, individually and on behalf of her minor children, M.P., Ma.P., and P.P., appeals to the United States Court of Appeals for the Second Circuit from the Order entered on July 21, 2026, denying Plaintiff's motion for a preliminary injunction.

Dated July 24, 2026.

Respectfully Submitted,

/s/ Dean McGee

| | |
|---|---|
| Glenn E. Roper, Colo. Bar No. 38723* | Dean McGee, N.Y. Bar No. 5135884 |
| PACIFIC LEGAL FOUNDATION | Christopher D. Barnewolt, D.C. Bar No. 90020413* |
| 1745 Shea Center Dr., Ste. 400 | Caitlyn Fellner, D.C. Bar No. 90029259* |
| Highlands Ranch, CO 80129 | PACIFIC LEGAL FOUNDATION |
| Telephone: (916) 419-7111 | 3100 Clarendon Boulevard, Suite 1000 |
| Email: GERoper@pacificlegal.org | Arlington, VA 22201 |
| | Telephone: (202) 888-6881 |
| | Email: DMcGee@pacificlegal.org |
| | Email: CFellner@pacificlegal.org |
| | Email: CBarnewolt@pacificlegal.org |

*Counsel for Plaintiff Yi Fang Chen, individually*
*and on behalf of her minor children M.P., Ma.P., and P.P.*

*admitted pro hac vice