**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YI FANG CHEN, individually and on behalf of her minor child M.P., | Case No. 1:26-cv-03355-ER |
| Plaintiff, | |
| v. | |
| ZOHRAN MAMDANI, in his official capacity as Mayor of the City of New York; KAMAR H. SAMUELS, in his official capacity as Chancellor of the New York City Department of Education; and the NEW YORK CITY DEPARTMENT OF EDUCATION, | |
| Defendants, | |
| TEENS TAKE CHARGE, et al., | |
| Defendant-Intervenors. | |

**MOTION TO WITHDRAW COUNSEL CHRISTOPHER D. BARNEWOLT**

The undersigned counsel, Christopher D. Barnewolt, hereby moves to withdraw his appearance on behalf of Plaintiff Yi Fang Chen, individually and on behalf of her minor child M.P. Plaintiff will continue to be represented by Glenn E. Roper, Dean McGee, and Caitlyn Fellner. Mr. Barnewolt hereby certifies that Yi Fang Chen has been notified of his intent to withdraw and will be served with a copy this motion.

Dated July 30, 2026.

Respectfully Submitted,

/s/ Christopher D. Barnewolt
Christopher D. Barnewolt, D.C. Bar No. 90020413*
PACIFIC LEGAL FOUNDATION
3100 Clarendon Boulevard, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
Email: CBarnewolt@pacificlegal.org
*admitted pro hac vice