1:26-cv-03355-ER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: Aug 17 2026

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand twenty-six.

Before: Sarah A. L. Merriam,
*Circuit Judge.*

---

Yi Fang Chen, individually and on behalf of her minor children M.P., Ma.P., and P.P.,

Plaintiff - Appellant,

v.

Zohran Mamdani, in his official capacity as Mayor of the City of New York, Kamar H. Samuels, in his official capacity as Chancellor of the New York City Department of Education, New York City Department of Education,

Defendants - Appellees,

Teens Take Charge, Desis Rising Up and Moving, Coalition for Asian American Children and Families, Veronica Carrasquillo, on behalf of her minor child, A.C., Wang Jin Hua, on behalf of her minor child, A.Z., Halimatou Diallo, on behalf of her minor child, K.D., Jennifer Velez, on behalf of her minor child G.R.,

Intervenor-Defendants - Appellees.

---

**ORDER**

Docket No. 26-2066

Appellant seeks an emergency injunction ordering that her son M.P. be admitted to Stuyvesant High School for the 2026–27 school year, pending appeal of the district court's denial of her preliminary injunction motion. Appellees oppose this motion.

IT IS HEREBY ORDERED that the motion is REFERRED to the next available motions panel. The Court declines to grant any temporary relief pending decision by the motions panel.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/17/2026