**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MEMO ENDORSED
at page 2

YI FANG CHEN, individually and on behalf of her minor child, M.P.,
*Plaintiff*,

v.

ZOHRAN MAMDANI, et al.,

*Defendants,*

and

TEENS TAKE CHARGE, et al.,

*Defendant-Intervenors.*

Case No. 1:26-cv-03355 (ER)

**MOTION TO WITHDRAW AS COUNSEL**

The undersigned counsel, Mariana C. Lopez, respectfully moves to withdraw as counsel for Defendant-Intervenors, as she is leaving her current position at LatinoJustice PRLDEF on September 8, 2026. In accordance with Local Civil Rule 1.4(b), she has provided notice of this motion to withdraw to Defendant-Intervenors in the above-captioned matter.

Defendant-Intervenors will continue to be represented by Francisca Fajana at LatinoJustice, in addition to counsel from the Legal Defense Fund, the American Civil Liberties Union, and the New York Civil Liberties Union.

Date: 8/26/2026

Respectfully Submitted,

/s/ Mariana C. Lopez

Mariana C. Lopez's motion to withdraw is granted.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: August 27, 2026
New York, New York

Mariana C. Lopez
LatinoJustice PRLDEF
475 Riverside Drive
Suite 1901
New York, NY 10115
mlopez@latinojustice.org